# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAMOND KEITH WALKER,<br><br>　　　　　Petitioner<br><br>　　v.<br><br>JERRY HOWELL, et al.,<br><br>　　　　　Respondents | Case No. 2:18-cv-02372-JAD-PAL<br><br>**Order Dismissing Case** |

　　　Mail from the court to petitioner has been returned, with the notation that petitioner no longer is at Southern Desert Correctional Center. The court dismisses this action because petitioner has not informed the court of his current address as Local Rule IA 3-1 requires. And because reasonable jurists would not find the court's conclusion to be debatable or wrong, the court will not issue a certificate of appealability.

　　　IT THEREFORE IS ORDERED that **this action is DISMISSED** without prejudice because of petitioner's failure to notify the court of his change in address.

　　　IT IS FURTHER ORDERED that the Clerk of the Court is directed to add Aaron Ford, Attorney General for the State of Nevada, as counsel for respondents; electronically serve upon respondents a copy of this order; ENTER JUDGMENT accordingly; and CLOSE THIS CASE.

　　　IT FURTHER IS ORDERED a certificate of appealability will not issue.

　　　Dated: February 26, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey